People of the State of Illinois, Plaintiff-Appellee, v. Tommie Mitchell, Otherwise Called Michael P. Lee, Defendant-Appellant.

Gen. No. 52,970.

First District, Second Division.
February 18, 1969.

Paul J. Galanti, of Chicago, for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, James Veldman, and Edward Stasukaitis, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.